UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MID-CONTINENT CASUALTY CO., a foreign
corporation,

    Plaintiff,

vs.

J.S.D. BUILDERS, INC., a Florida Corporation,
and GARY CARROLL and APRIL CARROLL,
husband and wife, citizens of Florida,

    Defendants.
_____/

CASE NO: 9:10-cv-80949-PAS

**JOINT MOTION REQUESTING STATUS CONFERENCE**

    Mid-Continent Casualty Company ("MCC"), on behalf of the itself and other parties, request a status conference pertaining to the following actions:

    1.    *Mid-Continent Casualty Company v. Design Drywall of South Florida, LLC, et al*, Case. No.10-20861-PAS; *Mid-Continent Casualty Co. v. Precision Drywall, Inc., et al*, Case No. 10-80457-PAS; *Mid-Continent Casualty Company v. Cloutier Brothers, Inc., et al*, Case No. 9:10-cv-80459-PAS; *Mid-Continent Casualty Co. v. Active Drywall South, Inc., et al*, (the "Active Action"), Case No. 1:10-cv-20859-PAS; *Mid-Continent Casualty Co. v. JDM Builders, Inc., et al*, Case No. 1:10-cv-20862-PAS; *Mid-Continent Casualty Co. v. Centerline Homes Construction, Inc., et al.*, Case No. 0:10-cv-60484-PAS; *Mid-Continent Casualty Co. v. J.S.D. Builders, Inc., et al.*, Case No. 9:10-cv-80949-PAS; *Mid-Continent Casualty Co. v. Regency Constructors, LLC, et al.*, Case 0:10-cv-60502-PAS, and *Mid-Continent Casualty Co. v. Jade Organization, et. al.,* 10-cv-61571-PAS.

    2.    These cases, with the exception of the Active Action, were all transferred to the Honorable Judge Patricia A. Seitz pursuant to Local Rule 3.8 and, presumably, in order to maximize resolution of the cases in a manner that promotes client and judicial economy and avoids

CASE NO: 9:10-cv-80949-PAS

inconsistent rulings by different Courts/Judges. Most of these cases have been consolidated by Your Honor for discovery purposes. Others are awaiting consolidation.

3. Counsel for MCC and counsel for the parties who have made an appearance held a conference on September 28, 2010.[1]

4. The parties discussed ways to save expense and time with deadlines pertaining to the transferred cases.

5. The parties believe that a status conference is necessary in order to discuss ways to consolidate certain actions for discovery purposes, in order to discuss pertinent issues, and prepare a new case management report/order.

Respectfully submitted,

/s/ Pedro E. Hernandez
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Pedro E. Hernandez
Florida Bar No. 30365
phernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Counsel for Mid-Continent Casualty Company*

---

[1] The conference was attended by the following attorneys: Bob Brown, Charles A. Carlson, John Siracusa, Lysa M. Friedlieb, Jeremy Springhart, Tim Moriarity, Vanessa Serrano, Pedro Hernandez, and Ronald Kammer. Counsel for J.S.D. Builders, Inc. and Gary and April Carroll were not notified of the conference call and they did not attend the call, however, they both have since reviewed this motion and are in agreement with the relief requested.

14489546v1  0914231  56475

CASE NO: 9:10-cv-80949-PAS

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2010, I electronically filed the foregoing with the Clerk of the Court and counsel of record by using the CM/ECF system to the following: Garry William O'Donnell, Adorno & Yoss, 700 South Federal Highway, Suite 200, Boca Raton, Florida 33432; Allison Kay Grant, Shapiro Blasi Wasserman & Gora, PA, 7777 Glades Road, Suite 400, Boca Raton, Florida 33434.

/s/ Pedro E. Hernandez
Pedro E. Hernandez
Florida Bar No. 30365
phernandez@hinshawlaw.com

14489546v1 0914231 56475